```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO.  2:12-MJ-0100 EFB |
|---|---|
|   | ) |
| Plaintiff, | ) MOTION TO DISMISS COMPLAINT |
| v. | ) AND [PROPOSED] ORDER |
|   | ) |
| HORACE PETERSON JR., | ) |
|   | ) |
| Defendant. | ) |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:12-MJ-0100 EFB, against defendant HORACE PETERSON JR.

DATED: 06/11/2012                              BENJAMIN WAGNER
                                               UNITED STATES ATTORNEY


                                         By    /s/Michelle Rodriguez
                                               MICHELLE RODRIGUEZ
                                               Assistant U.S. Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  2:12-MJ-0100 EFB |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| HORACE PETERSON JR., ) | |
| Defendant. ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:12-MJ-0100-EFB against defendant HORACE PETERSON JR. is GRANTED.

DATED: June 11, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
peterson0100.mtd.ord.wpd

2